IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH GROOMS,**     :   | |
| Plaintiff,    : | |
| : | |
| v.    : | **CIVIL ACTION NO. 21-CV-4265** |
| : | |
| **DISCOVER FINANCIAL SERVICE,**   : | |
| Defendant.    : | |

## ORDER

AND NOW, this 22nd day of December, 2021, upon consideration of Plaintiff Deborah Grooms's Amended Complaint (ECF No. 6) and her Exhibits (ECF No. 7) it is **ORDERED** as follows:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
R. BARCLAY SURRICK, J.